**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LONNIE J. MOSS,<br><br>Petitioner,<br><br>v.<br><br>SUPERINTENDENT THOMAS MCGINLEY, et al.,<br><br>Respondents. | ) | Civil Action No. 25-1265<br>Judge Nora Barry Fischer<br>Magistrate Judge Maureen P. Kelly |

**ORDER OF COURT**

AND NOW, this 27th day of August, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Maureen P. Kelly dated August 3, 2026, (Docket Nos. 4, 5), recommending that Petitioner Lonnie J. Moss's § 2254 habeas petition against Respondents Superintendent Thomas McGinley, et al., be dismissed, without prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Petitioner by August 20, 2026, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of August 3, 2026, (Docket Nos. 4, 5), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the § 2254 Petition filed by Petitioner (Docket No. 1) is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Petitioner failed to file an amended petition using the appropriate form which was provided by the Magistrate Judge by the established deadline of October 6, 2025 and

further failed to respond to the Magistrate Judge's show cause order directing him to show cause by December 1, 2025 why the matter should not be dismissed, without prejudice, that he is solely responsible for prosecuting this case as a pro se petitioner, there are no other available sanctions to remedy his failure to prosecute as monetary sanctions are inappropriate given his pro se status, and the Magistrate Judge's evaluation of the merits of the Petition indicating that it is unclear that he claims have merit, and such facts showing Petitioner's dilatoriness are further buttressed by his failure to file any objections to the Report and Recommendation by the deadline of August 20, 2026 through the date of this Order; and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Maureen P. Kelly

cc: LONNIE J. MOSS
JP9775
SCI COAL TOWNSHIP
1 Kelley Drive
Coal Township, PA 17866 (via first class mail)